COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, Esq., State Bar No. 170891
Email: Lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777/Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, JAIME GOMEZ, MONICA GONZALES, RYAN ROTHROCK, SAUL GOMEZ, JUAN PUENTE, JOSHUA MUNOZ, MICHAEL RODRIGUEZ, COREY WALKER, and LAURA PERALES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LYLE SPRUILL, an individual,<br><br>                Plaintiff,<br><br>V.<br><br>COUNTY OF LOS ANGELES, A PUBLIC ENTITY, DEPUTY JAIME GOMEZ, JR., an individual, DEPUTY MONICA GONZALES, an individual, DEPUTY RYAN ROTHROCK, an individual, DEPUTY SAUL GOMEZ, an individual, DEPUTY JUAN PUENTE, an individual, DEPUTY JOSHUA MUNOZ, an individual, SGT. MICHAEL RODRIGUEZ, an individual, SGT. COREY WALKER, an individual, DET. LAURA PERALES, an individual, and DOES 1 through 15,<br><br>                Defendants. | CASE NO. 20-cv-07909 MCS (Ex)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Action Filed: August 31, 2020<br>Trial Date:  July 12, 2022 |
|---|---|

**TO THIS HONORABLE COURT:**

   IT IS HERBY STIPULATED by and between the parties, through their respective attorneys of record, that this matter has been settled, payment has been made, and the matter should be dismissed in its entirety with prejudice.

-1-
JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE

All parties are to bear their own costs arising out of this final dismissal.

I have read and reviewed the foregoing Stipulation and Proposed Order which is attached hereto and agree on behalf of my client(s).

IT IS SO STIPULATED.

DATED:  January 20, 2022       COLLINSON, DAEHNKE, INLOW & GRECO

By: _____*Laura E. Inlow*_____
Laura E. Inlow, Esq.
Attorneys for Defendants
COUNTY OF LOS ANGELES, JAIME GOMEZ, MONICA GONZALES, RYAN ROTHROCK, SAUL GOMEZ, JUAN PUENTE, JOSHUA MUNOZ, MICHAEL RODRIGUEZ, COREY WALKER, and LAURA PERALES

DATED:  January 20, 2022       KIRAKOSIAN LAW, APC

By:  /s/ *GREG L. KIRAKOSIAN*
GREG L. KIRAKOSIAN
Attorneys for Plaintiff, Lyle Spruill

---

-2-
JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE